IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON STEWART,

      Petitioner,                      No. CIV S-07-1136 LEW EFB P

      vs.

UNITED STATES OF AMERICA,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner is detained by the Attorney General and the Department of Homeland Security, Bureau of Citizenship and Immigration Services. Petitioner has filed a motion to suspend deportation proceedings. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 24, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed October 24, 2007, are adopted in full; and

2. This action is dismissed for lack of subject-matter jurisdiction.

DATED: 03/19/2008

/s/ Ronald S. W. Lew
UNITED STATES DISTRICT JUDGE

/

2